UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNIE WILLIAM MARSHALL,<br><br>    Plaintiff<br><br>v.<br><br>EFRAIN VALLE-MORA, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01279-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Vernie William Marshall's certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of plaintiff Vernie William Marshall as required by the amendment to that rule.

I FURTHER ORDER plaintiff Vernie William Marshall to file a proper certificate of interested parties by August 31, 2023.

DATED this 18th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE