WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jmeservy@lvnvlaw.com
*Attorneys for Defendants*
*Efrain Vallemora and Norberts Towing Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| VERNIE WILLIAM MARSHALL, II, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EFRAIN VALLEMORA, an individual; REGAL TOWING INC, a foreign company; NORBERTS TOWING INC LSE, a foreign company; DOES I through X, inclusive,; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   **2:23-cv-01279-APG-NJK**<br><br>**JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO FILE DISMISSAL OF THE ENTIRE CASE** |

Plaintiff VERNIE WILLIAM MARSHALL, II, together with Defendants EFRAIN VALLEMORA and NORBERTS TOWING INC, by and through their respective attorneys, hereby stipulate to continue the deadline to file a dismissal of the entire case to a date no less than 45 days from the date of this Stipulation and Order.

Plaintiff and Defendants represent that the case is settled. The parties stipulate to continue the deadline to file a dismissal of the entire case to provide Plaintiff sufficient time to negotiate and determine final amounts of statutory liens so that the parties can fashion an appropriate Settlement

///

///

///

(Case 652.77)

1

Release setting forth the steps to be taken by the parties, their respective counsel and Defendants' insurance company to ensure full compliance with the applicable laws governing reimbursement to Medicare and Travelers Insurance (workers compensation carrier).

DATED this 11th day of October, 2023.                    DATED this 11th day of October, 2023.

**ERIC ROY LAW FIRM**                                    **BARRON & PRUITT, LLP**

                                                         /s/ Joseph R. Meservy, Esq.
Eric Roy, Esq.                                           JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 11869                                     Nevada Bar No. 14088
Scott E. Philippus, Esq.                                 3980 West Ann Road
Nevada Bar No. 13223                                     North Las Vegas, NV 89031
703 South Eighth Street
Las Vegas, NV 89101                                      *Attorney for Defendants Efrain*
                                                         *Vallemora and Norberts Towing Inc. LSE*
*Attorneys for Plaintiff*

## ORDER

Based on the Stipulation of the Parties and good cause appearing:

**IT IS ORDERED** that the deadline to file dismissal of the entire case, currently due Monday, October 16, 2023, shall be extended through December 1, 2023.

DATED: October 12, 2023

*Respectfully Submitted by:*
**BARRON & PRUITT, LLP**

*/s/ Joseph R. Meservy, Esq.*
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088

2