**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jrneservv@lvnvlaw.com
*Attorneys for Defendants*
*Efi'ain Vallel1orct and Norberts Towing IIIl.:*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

VERNIE WILLIAM MARSHALL, Tr, an individual,

          Plaintiff,

vs.

EFRAIN VALLEMORA, an individual;
REGAL TOWING INC, a foreign company;
NORBERTS TOWING INC LSE, a foreign
company; DOES I through X, inclusive,; and
ROE CORPORATIONS I through X,
inclusive.

          Defendants.

Case No.:   **2:23-cv-01279-APG-NJK**

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff. VERNIE WILLIAM MARSHALL. ll, by and through his attorney. ERIC ROY, ESQ, of the ERIC ROY LAW FIRM and Defendants EFRAIN VALLEMORA and NORBERTS TOWING INC, by and through their attorney. WILLIAM H. PRUITT. ESQ. of the law firm of BARRON & PRUITT, LLP that the

*Ill*

*Ill*

*Ill*

*Ill*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

above-entitled matter may be dismissed in its entirety, with prejudice, with each party to bear its own

costs and fees.

   DATED this 29 day of November, 2023.          DATED this 29ᵗʰ day of November, 2023.

BARRON & PRUITT, LLP                             ERIC ROY LAW FIRM

*/s/ William H. Pruitt, Esq.*                                                  # 13223
WILLIAM H. PRUITT, ESQ.                          ERIC ROY, ESQ.    Scott Phillipus, Esq.
Nevada Bar No. 6783                              Nevada Bar No. 11869
3890 West Ann Road                               703 South Eighth Street
North Las Vegas, Nevada 89031                    Las Vegas, NV 89101
*Attorneys for Defendants*                       *Attorney for Plaintiff*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

*VERNIE MARSHALL vs. EFRAIN VALLEMURA. et.al.*
Case No.: 2:23-cv-01279-APG-NJK

## <u>ORDER</u>

Based upon the Stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-referenced case shall be DISMISSED, in its entirety, with prejudice, with each party to bear its own costs and fees incurred.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED** that any and all related deadlines and hearings are hereby vacated.

IT IS SO ORDERED:

Dated: _____December 1, 2023_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Submitted by:

BARRON & PRU [TT. LLP

*Isl W;/liam H. Pruitt, Esq.*
WILLIAM PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Am, Road
North Las Vegas, NV 89031
*Attorneysfor Defendants*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

(Case 652.77)

3