**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VERNIE WILLIAM MARSHALL, | Case No.: 2:23-cv-01279-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| EFRAIN VALLE-MORA, et al., | |
| Defendants | |

I ORDER that plaintiff MSG LV Construction, LLC's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate identifies MSG's citizenship as Nevada and New York, but it is unclear from the certificate if MSG is properly identifying its citizenship. As a limited liability company, MSG "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Accordingly, MSG must state where each of its members are citizens to fully identify its own citizenship.

I FURTHER ORDER MSG to file a proper certificate of interested parties by February 18, 2026.

DATED this 4th day of February, 2026.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE